UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-80412-AMC

HOWARD COHAN,

    Plaintiff,

vs.

1380 NORTH FEDERAL HIGHWAY, LLC
a Florida Limited Liability Company
d/b/a VALERO

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendant, 1380 NORTH FEDERAL HIGHWAY, LLC, a Florida Limited Liability Company, d/b/a VALERO.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's counsel, James Painter, via email at JMPLLCP@AOL.COM.

**Sconzo Law Office, P.A.**
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459

By: **/s/ Gregory S. Sconzo**
GREGORY S. SCONZO, ESQUIRE
Florida Bar No.: 0105553
SAMANTHA L. SIMPSON, ESQ.
Florida Bar No.: 1010423
**Primary Email:** greg@sconzolawoffice.com
**Primary Email:** samantha@sconzolawoffice.com
**Secondary Email:** perri@sconzolawoffice.com